IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY SILVERSTEIN,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:19-00735-KD-N** |
| | ) | |
| **WEATHER SHIELD MFG., INC.,** | ) | |
|     **Defendants.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and dated July 1, 2020 is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that Plaintiff's motion to remand (Doc. 8) is **DENIED.**

**DONE** and **ORDERED** this the **17th** day of **July 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**